*Blum & Blum*, for appellant.

*Wright & Baldwin*, for appellee.

GIVEN, J.—There is nothing in the record before us to show that an appeal has been taken in this case. We have repeatedly held that it must appear that an appeal has been taken, and, in the absence of such showing, the case will be dimissed. *Plummer v. People's Nat. Bank*, 73 Iowa, 752; *First Nat. Bank v. City Council of Albia, post,* page 730; *Farrell v. City of Muscatine, post,* page 747. DISMISSED.

---

CHARLES F. WILLIAMS *et al.,* Appellants, v. CITY OF COUNCIL BLUFFS. *et al.,* Appellees.

Condemnation Proceedings: APPEAL: AFFIRMANCE.

*Appeal from Pottawattamie District Court.*—HON. N. W. MACY, Judge.

SATURDAY, MAY 21, 1892.

*Sims & Saunders,* for appellants.

*G. A. Holmes, H. H. Trimble, J. J. Stewart, Burke & Hewitt,* and *Sapp & Pusey,* for appellees.

GIVEN, J.—This case is identical with that of *Arnold v. City of Council Bluffs, ante,* page 441, except as to the parties plaintiff and the lots condemned. The cases being the same as to the questions presented, the judgment of the district court herein is, for the reasons given in the former opinions, AFFIRMED.

---

LILLIEN E. BARNES *et al.,* Appellants, v. CITY OF COUNCIL BLUFFS, Appellee.

Condemnation Proceedings: APPEAL: AFFIRMANCE.

*Appeal from Pottawattamie District Court.*—HON. N. W. MACY, Judge.

SATURDAY, MAY 21, 1892.

*Sims & Saunders,* for appellents.

*G. A. Holmes, H. H. Trimble, J. J. Stewart, Burke & Hewitt* and *Sapp & Pusey,* for appellees.

APPENDIX.

GIVEN, J.—This case is identical with that of *Arnold v. City of Council Bluffs, ante,* page 441, except as to the parties plaintiff and the lots condemned. The cases being the same as to the questions presented, the judgment of the district court herein is, for the reasons given in the former opinion, AFFIRMED.

---

FIRST NATIONAL BANK OF ALBIA *et al.,* Appellees, v. CITY COUNCIL OF ALBIA, Appellant.

Appeal: NOTICE: RECORD: JURISDICTION.

*Appeal from Monroe District Court.*—HON. H. C. TRAVERSE, Judge.

MONDAY, MAY 23, 1892.

*T. B. Perry,* for appellant.

*J. C. Mabry* and *McNett & Tisdale,* for appellees.

KINNE, J.—This cause is submitted on an abstract which does not show that an appeal was taken. We assume, where a case is submitted upon an abstract, that it shows the entire record, so far as it is material. The abstract should affirmatively show that an appeal has been taken. Code, section 3178; rule of court 98; *Gleason v. Collett,* 77 Iowa, 448; *Schooley v. Globe Insurance Co.,* 76 Iowa, 78; *Donnelly v. Cedar County,* 75 Iowa, 536; *State v. Clossner,* 84 Iowa, 401. The appeal is necessary to give this court jurisdiction, nor is it waived by the appearance of the parties to the merits of the case, without objection for the failure to take an appeal. Under such circumstances, we are required to dismiss the case. *Talbort v. Noble,* 75 Iowa, 165; *Plummer v. People's Nat. Bank,* 74 Iowa, 731; *Phillips v. Follet,* 69 Iowa, 39; *State v. Clossner, supra.* DISMISSED.

---

FRANK P. ANDREWS, Appellee, v. JAMES MURRAY, Appellant.

Appeal: AFFIRMANCE.

*Appeal from Woodbury District Court.*—HON. C. H. LEWIS, Judge

TUESDAY, MAY 24, 1892.

*Davis, Gantt & Keatley,* for appellant.

*George Stickney,* for appellee.